**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| GREG AKSELROD, individually and on behalf of all others and similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD BUSINESS SCHOOL PUBLISHING CORPORATION *doing business as:* HARVARD BUSINESS REVIEW.,<br><br>Defendant. | Case No.: 2:26-cv-02472-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>Noting Date:<br>Thursday, September 3, 2026 |

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Extension of Time, filed on September 3, 2026. Dkt. # 19. Having considered the Motion and the record herein, the Court finds good cause to modify the existing schedule and GRANTS the Parties' Motion.

Accordingly, the Court hereby ORDERS Plaintiff's deadline to respond or otherwise plead, including the filing of an amended complaint in response to Defendant's Motion to Dismiss (Dkt. 15) is extended to **September 16, 2026**.

If an amended complaint is filed, Defendant's deadline to answer or otherwise plead in response to Plaintiff's amended complaint is extended to **October 14, 2026.**

The Court DIRECTS the Clerk to re-note the motion at Dkt. # 15 for September 23, 2026.

**IT IS SO ORDERED.**

DATED this 3rd day of September, 2026.

John H. Chun
United States District Judge