UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY AKSELROD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD BUSINESS SCHOOL PUBLISHING CORPORATION, *doing business as* HARVARD BUSINESS REVIEW,<br><br>Defendant. | Case No. 2:26-cv-02472-JHC<br><br>**ORDER** |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 22. The Court thanks the parties for their responses to the Order. Dkt. ## 23 & 24. Upon review of those responses, the Court concludes that Defendant has not met its burden of alleging that Plaintiff has Article III standing and thus has not met its burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to King County Superior Court.

The Court DIRECTS the Clerk to terminate the motion to dismiss at Dkt. # 25 as moot, and to mail a copy of this Order to the state court.

//

Dated this 9th day of October, 2026.

John H. Chun
United States District Judge